IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BILLY TYLER, | ) | 4:10CV3087 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| ROBB JACKSON, in his individual capacity only, | ) ) | |
| | ) | |
| Defendant. | ) | |

   This matter is before the court on the courts own motion. The Final Pretrial Conference in this matter, scheduled for March 24, 2011, is canceled. A separate progression order resetting the dates for the Final Pretrial Conference, and all associated deadlines, may be entered after the court resolves the pending Motion for Summary Judgment.

   IT IS THEREFORE ORDERED that the Clerk of the Court is directed to cancel the Final Pretrial Conference in this matter that is currently scheduled for March 24, 2011. A separate progression order resetting the dates for the Final Pretrial Conference, and all associated deadlines, may be entered after the court resolves the pending Motion for Summary Judgment.

   DATED this 14th day of March, 2011.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge